# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JOE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:17-cv-00659-O |
| GREYHOUND LINES Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed[1], and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Defendant's Motion to Dismiss (ECF No. 23), filed October 11, 2017; and Defendant's Supplemental Motion to Dismiss (ECF No. 38), filed December 21, 2017 are **DENIED**.

**SO ORDERED** on this **15th day** of **March, 2018.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

---

[1] The District Judge notes that Plaintiff filed a Motion (ECF No. 51) that contains additional evidence to support his claims, but the motion did not contain objections to the Magistrate Judge's findings, conclusions, and recommendation, and the Court did not consider it in making its determination here.

1