**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JOE THOMAS<br>   Plaintiff<br><br>v.<br><br>GREYHOUND LINES, INC.<br>   Defendant | Civil Action No.: 4:17-CV00659-O-BP |

## **SUPPLEMENTAL NOTICE OF SETTLEMENT AND STATUS REPORT**

Defendant GREYHOUND LINES, INC. ("Defendant") respectfully submits this Supplemental Notice of Settlement and Status Report.

Defendant is in receipt of Plaintiff JOE THOMAS' ("Plaintiff") Joint Status Report filed September 10, 2018, Document No. 87. It is unclear what Plaintiff is attempting to convey to the Court and for this reason Defendant provides the following response. Pursuant to the Court's order the Parties engaged in private mediation on August 10, 2018 with the Hon. Russell Bostrom, Ret. at Judicate West in Los Angeles. The parties accepted Judge Bostrom's mediator's proposal wherein Plaintiff accepted $17,250.00 in exchange for a full release and dismissal of the lawsuit. Attached as Exhibit "A" is a copy of the signed Release and Settlement Agreement. Attached as Exhibit "B" is a copy of the signed Motion to Dismiss.

If this matter is not dismissed, Defendant respectfully requests that the Court schedule a hearing to determine the status of the case.

Respectfully submitted,

By: _____
Christopher C. White
Texas State Bar No. 00794841
Addie L. Jones
Texas State Bar No. 24046338
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 214.722.7100
Facsimile: 214.722.7111
Chris.White@lewisbrisbois.com
Addie.Jones@Lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT GREYHOUND LINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

Joe Thomas (Pro Se)
P.O. Box 111793
Los Angeles, CA 90011

_____
Christopher C. White

4820-5366-1554.1